# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE: Yesennia Grace Salinas     §      CASE NO: 13-31027-H4-13    **ENTERED**
                                §                                       **08/14/2014**
                                §
DEBTOR(S)                       §                      CHAPTER 13

---

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake,the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$2,949.36** owed to **Yesennia Grace Salinas** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the ___14th___ day of ___August 2014___.

_____
**DEPUTY CLERK**



## EXHIBIT "A"

IN RE: Yesennia Grace Salinas §  CASE NO: 13-31027-H4-13
§
§
§
DEBTOR(S) §  CHAPTER 13

---

### UNCLAIMED FUNDS

**NAME & ADDRESS:**                    **AMOUNT**

**Yesennia Grace Salinas**
**1722 Chestnut Ridge**                **$2,949.36**
**Kingwood, TX  77339**

**TOTAL FOR UNCLAIMED FUNDS**          **$2,949.36**